[Cite as *10/18/2002 Case Announcements,* 2002-Ohio-5575.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 18, 2002*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2002–1557.   **State ex rel. Steelcraft Mfg. Co. v. Indus. Comm.**
Franklin App. No. 01AP–1271, 2002-Ohio-3778.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2002–1391.   **State ex rel. Am. Std., Inc. v. Indus. Comm.**
Franklin App. No. 01AP–1138, 2002-Ohio-3323.